**United States District Court**
**Eastern District of California**



FILED
JAN 10 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Kathryn Crouch

Plaintiff(s)

V.

Saint Agnes Medical Center

Defendant(s)

Case Number: 1:22-cv-01527-ADA-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Paul G. Karlsgodt hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Saint Agnes Medical Center

On 10/31/97 (CO) / 07/11/08 (WA) (date), I was admitted to practice and presently in good standing in the Supreme Courts of Colorado and Washington (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/04/2023

Signature of Applicant: /s/ Paul G. Karlsgodt
(original signature retained by attorney Teresa C. Chow)

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Paul G. Karlsgodt |
| Law Firm Name: | Baker & Hostetler LLP |
| Address: | 1801 California Street Suite 4400 |
| City: | Denver       State: CO    Zip: 80202 |
| Phone Number w/Area Code: | (303) 861-0600 |
| City and State of Residence: | Denver, Colorado |
| Primary E-mail Address: | pkarlsgodt@bakerlaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Teresa C. Chow |
| Law Firm Name: | Baker & Hostetler LLP |
| Address: | 11601 Wilshire Boulevard |
| | Suite 1400 |
| City: | Los Angeles    State: CA    Zip: 90025 |
| Phone Number w/Area Code: | (310) 820-8800    Bar # 237694 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/10/23

JUDGE, U.S. DISTRICT COURT