

**FILED**

United States District Court

FEB 06 2023

Eastern District of California

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

KATHRYN CROUCH, on behalf of herself and all otherall others similarly situated,

Plaintiff(s)

Case Number: 22-cv-01527-ADA-EPG

V.

SAINT AGNES MEDICAL CENTER

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lance T. Spitzig _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiffs KATHRYN CROUCH, on behalf of herself and all others similarly situated.

On ____12/16/2020____ (date), I was admitted to practice and presently in good standing in the ____state courts of Michigan____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
N/A

Date: ____02/03/2023____    Signature of Applicant: /s/ ____Lance T. Spitzig____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Lance T. Spitzig |
| Law Firm Name: | Liddle Sheets Coulson P.C. |
| Address: | 975 E. Jefferson Avenue |
| City: | Detroit   State: MI   Zip: 48207 |
| Phone Number w/Area Code: | (313) 392-0015 |
| City and State of Residence: | Birmingham, MI |
| Primary E-mail Address: | lspitzig@lsccounsel.com |
| Secondary E-mail Address: | jdelaunay@lsccounsel.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Mike Arias, Esq. |
| Law Firm Name: | ARIAS SANGUINETTI WANG & TORRIJOS, LLP |
| Address: | 6701 Center Drive West, 14th Floor |
| City: | Los Angeles   State: CA   Zip: 90045 |
| Phone Number w/Area Code: | (310) 844-9696   Bar # 115385 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/6/23

JUDGE, U.S. DISTRICT COURT