1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

KATHRYN CROUCH, on behalf of
herself and all others similarly situated,

12

Plaintiff

13

14

vs

15

SAINT AGNES MEDICAL CENTER,

16

Defendant

17
18

CASE NO. 1:22-cv-01527-ADA-EPG

ORDER EXTENDING MOTION TO DISMISS
OPPOSITION AND REPLY DEADLINES

(ECF No. 25)

This matter is before the Court on the parties' joint stipulation to extend motion to

19

dismiss opposition and reply deadlines. (ECF No. 25). As grounds for the extension, the

20

stipulation states that Plaintiff inadvertently relied on a prior version of the Local Rules in

21

calculating the deadline for when the opposition to Defendant's motion to dismiss was due. After

22

learning of the error, the parties conferred and agreed to an extension to February 21, 2023, for

23

Plaintiff to file an opposition, which has been filed (ECF No. 26), and to March 3, 2023 for

24

Defendant to file a reply.

25

\\\

26

\\\

27

\\\

28

\\\

Based on the parties' stipulation (ECF No. 25), IT IS ORDERED that Plaintiff is granted an extension to file an opposition to February 21, 2023, and Defendant shall file any reply by no later than March 3, 2023.

IT IS SO ORDERED.

Dated:   **February 22, 2023**                          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE